No. 71–6915.  KILE *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 71–6916.  DAHL *v.* UNITED STATES ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 71–6917.  SCOPES *v.* NEW YORK.  C. A. 2d Cir. Certiorari denied.

No. 71–6919.  BIRCH *v.* LaVALLEE, WARDEN.  C. A. 2d Cir.  Certiorari denied.

No. 71–6921.  MIRANDA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–6922.  LOWRY *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–2.  PALMER ET AL. *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–3.  LONG MANUFACTURING Co. *v.* LILLISTON IMPLEMENT Co.  C. A. 4th Cir.  Certiorari denied.

No. 72–4.  CHEMICAL CARRIERS, INC., ET AL. *v.* ANDREWS, EXECUTRIX.  C. A. 3d Cir.  Certiorari denied.

No. 72–5.  KOHN, TRUSTEE, ET AL. *v.* AMERICAN METAL CLIMAX, INC., ET AL.; and

No. 72–132.  ROAN SELECTION TRUST LTD. ET AL. *v.* KOHN, TRUSTEE, ET AL.  C. A. 3d Cir.  Certiorari denied. Reported below: 458 F. 2d 255.

No. 72–9.  BONKOWSKI *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 72–26.  DALY *v.* ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.